PROB 12C
(6/16)

Report Date: July 21, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo Reyes-Hernandez         Case Number: 0980 2:21CR00085-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable M. Christina Armijo, Chief U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 11, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 57 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: | February 9, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | February 8, 2024 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition #5**: You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You may be required to pay all, or a portion, of the costs of the program.<br><br>**Supporting Evidence**: Between June 29 and July 20, 2021, Gerardo Reyes-Hernandez allegedly violated special condition number 5 by failing to engage in treatment with Pioneer Human Services (PHS) as required.<br><br>On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.<br><br>On July 20, 2021, the undersigned officer was notified by PHS that Mr. Reyes-Hernandez failed to engage in substance abuse treatment on the following dates: June 29 and 30, 2021, and July 8, 12, 13, 15, 19 and 20, 2021.

Prob12C
# Re: Reyes-Hernandez, Gerardo
July 21, 2021
Page 2

This officer attempted to contact the offender later that same date, on July 20, 2021, but he did not answer or respond to the undersigned.

On July 21, 2021, the undersigned again attempted to contact Mr. Reyes-Hernandez, but was again unsuccessful.

2   **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On June 30, 2021, Gerardo Reyes-Hernandez allegedly violated special condition number 7 by failing to return to work, which he failed to report to the assigned probation officer.

On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On July 21, 2021, after multiple attempts to contact Mr. Reyes-Hernandez were unsuccessful, this officer attempted to contact the offender at work. According to his former employer, Spokane Cleaning Services, the offender last reported to work on June 29, 2021, but had not reported since. As of the writing of this report, Mr. Reyes-Hernandez failed to report a change of employment to his probation officer.

3   **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On July 20, 2021, Gerardo Reyes-Hernandez allegedly violated standard condition number 2 by failing to report to the undersigned officer as instructed.

On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On July 20, 2021, this officer attempted to contact Mr. Reyes-Hernandez via a telephone call and text message to discuss information received from PHS advising he had failed to engage in treatment, but was unsuccessful.

Mr. Reyes-Hernandez was subsequently sent a text message instructing the offender to check-in with this officer by noon that day, July 20, 2021. Mr. Reyes-Hernandez failed to report as instructed.

Prob12C
**Re: Reyes-Hernandez, Gerardo**
**July 21, 2021**
Page 3

| | | |
|---|---|---|
| 4 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On July 21, 2021, Gerardo Reyes-Hernandez allegedly violated standard condition number 2 by failing to report to the undersigned officer as instructed.

On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On July 21, 2021, this officer again attempted to contact Mr. Reyes-Hernandez via a telephone call and text message to discuss information received from PHS advising he had failed to engage in treatment, but was unsuccessful.

He was subsequently sent a text message instructing the offender to check-in with this officer by 10 a.m. that day, July 21, 2021. Mr. Reyes-Hernandez failed to report as instructed. As of the writing of this report, the offender's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/21/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

07/21/2021
Date