PROB 12C
(6/16)

Report Date: January 5, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2022

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo Reyes-Hernandez        Case Number: 0980 2:21CR00085-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable M. Christina Armijo, Chief U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 11, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 57 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: February 9, 2021 |
| Defense Attorney: | Payton B Martinez | Date Supervision Expires: February 8, 2024 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/21/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #5**: You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).  You may be required to pay all, or a portion, of the costs of the program.<br><br>**Supporting Evidence**: On December 20, 2021, Gerardo Reyes-Hernandez allegedly violated special condition number 5 by failing to attend his group treatment session with Pioneer Human Services (PHS) as required.<br><br>On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.<br><br>On December 27, 2021, the undersigned officer received notification from PHS that the offender failed to engage in his substance abuse group treatment on December 20, 2021, which occurred virtually. |

Prob12C
Re: Reyes-Hernandez, Gerardo
January 5, 2022
Page 2

| | | |
|---|---|---|
| 6 | **Special Condition #6**: You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, an alcohol monitoring technology program, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the testing methods. You may be required to pay all, or a portion, of the costs of the testing. | |

**Supporting Evidence**: On December 23, 2021, Gerardo Reyes-Hernandez allegedly violated special condition number 6 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On December 27, 2021, this officer received notification from PHS that Mr. Reyes-Hernandez failed to report for phase urinalysis testing when his assigned color, "brown," was identified for testing.

7     **Special Condition #6**: You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, an alcohol monitoring technology program, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the testing methods. You may be required to pay all, or a portion, of the costs of the testing.

**Supporting Evidence**: On December 28, 2021, Gerardo Reyes-Hernandez allegedly violated special condition number 6 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On December 30, 2021, this officer received notification from PHS that Mr. Reyes-Hernandez failed to report for phase urinalysis testing when his assigned color, "brown," was identified for testing.

8     **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On December 29, 2021, Gerardo Reyes-Hernandez admitted to allegedly violating mandatory condition number 3 by consuming methamphetamine (on or about December 23, 2021) and marijuana (on or about December 28, 2021).

On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On December 29, 2021, Mr. Reyes-Hernandez contacted the undersigned officer and acknowledged he had failed to report for phase urinalysis testing on December 23, 2021. During that conversation the offender further admitted to the use of methamphetamine, on or about December 23, 2021, and the use of marijuana, on or about December 28, 2021.

|     | |
| --- | --- |
|     | On January 3, 2022, the offender reported to the U.S. Probation Office to meet with this officer as instructed.  At that time, Mr. Reyes-Hernandez signed an admission of use form confirming his use. |
| 9   | **Special Condition #5**: You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).  You may be required to pay all, or a portion, of the costs of the program. |

        **Supporting Evidence**: On December 30, 2021, Gerardo Reyes-Hernandez allegedly violated special condition number 5 by failing to attend his group treatment session with PHS as required.

        On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

        On January 3, 2022, this officer received notification from PHS that the offender failed to engage in his substance abuse group treatment on December 30, 2021, which occurred virtually.

10      **Special Condition #5**: You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).  You may be required to pay all, or a portion, of the costs of the program.

        **Supporting Evidence**: On January 3, 2022, Gerardo Reyes-Hernandez allegedly violated special condition number 5 by failing to attend his group and individual treatment sessions with PHS as required.

        On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

        On January 3, 2022, this officer received notification from PHS that Mr. Reyes-Hernandez failed to engage in both his group and individual treatment sessions scheduled for that date. According to the correspondence, although the offender attempted to reschedule his one-on-one treatment session shortly before the appointment, the treatment provider was not available. Mr. Reyes-Hernandez subsequently failed to make himself available for the appointment as originally scheduled, and thus, is currently considered to be noncompliant with his treatment program.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| | Executed on: | 01/05/2022 |
| | | s/Amber M.K. Andrade |
| | | Amber M.K. Andrade<br>U.S. Probation Officer |

Prob12C
**Re: Reyes-Hernandez, Gerardo**
**January 5, 2022**
**Page 4**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____01/06/2022_____
Date