PROB 12C
(6/16)

Report Date: January 21, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo Reyes-Hernandez          Case Number: 0980 2:21CR00085-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable M. Christina Armijo, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 11, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 57 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: February 9, 2021 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: February 8, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/21/2021 and 01/06/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: On January 3, 2022, Gerardo Reyes-Hernandez allegedly violated standard condition number 5 by failing to report a change in his living arrangement.<br><br>On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.<br><br>On January 7, 2022, the undersigned officer attempted to contact the offender in order to instruct him to report to the U.S. Probation Office (USPO), but was unsuccessful.  According to collateral information this officer received on that date, the offender did not travel to |

Prob12C  
**Re: Reyes-Hernandez, Gerardo**  
**January 21, 2022**  
**Page 2**

        Wenatchee, Washington, on January 3, 2022, which he had requested to do so and was granted permission.

        As of that date, January 7, 2022, Mr. Reyes-Hernandez had not been seen or stayed at the proposed residence for approximately 4 days. At the time of this report, his current whereabouts are unknown.

12    **Special Condition #5**: You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You may be required to pay all, or a potion, of the costs of the program.

        **Supporting Evidence**: On January 14, 2022, Gerardo Reyes-Hernandez allegedly violated special condition number 5 by failing to attend his substance abuse group treatment session as scheduled.

        On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

        On January 19, 2022, the undersigned officer received notification from Pioneer Human Services (PHS) that the offender failed to report for his substance abuse group treatment session on January 14, 2022, as scheduled.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/21/2022

s/Amber M.K. Andrade

Amber M.K. Andrade  
U.S. Probation Officer

Prob12C
**Re: Reyes-Hernandez, Gerardo**
**January 21, 2022**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

01/21/2022

Date