PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 2, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Gerardo Reyes-Hernandez | Case Number: 0980 2:21CR00085-SMJ-1 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆ | Wenatchee, Washington 98801 |

Name of Sentencing Judicial Officer: The Honorable M. Christina Armijo, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: October 11, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 57 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: | February 9, 2021 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: | February 8, 2024 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/21/2021, 01/06/2022, and 01/21/2022.

On February 10, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Reyes-Hernandez, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On February 3, 2022, Gerardo Reyes-Hernandez allegedly violated mandatory condition number 1 by committing the crimes of harassment (threats to kill) - domestic violence, simple assault-domestic violence, and malicious mischief.<br><br>On March 7, 2022, this officer received notification that the offender, who had absconded from federal supervision in January 2022, had been arrested by the Wenatchee Police Department (WPD) and was incarcerated at the Chelan County Jail on new criminal state charges.<br><br>According to WPD case #22W01723, law enforcement was dispatched to an apartment building on February 3, 2022, by the father of Mr. Reyes-Hernandez' pregnant exgirlfriend. |

Prob12C
Re: Reyes-Hernandez, Gerardo
June 2, 2022
Page 2

Her father had contacted law enforcement and reported that his daughter was involved in a domestic disturbance. According to the information received, the offender showed up to the apartment that morning under the influence of methamphetamine. He then allegedly took the woman's cell phone and demanded the passcode so he could search through it, threatening to kill her if she did not comply.

While looking through his exgirlfriend's phone, Mr. Reyes-Hernandez reportedly found something that led him to believe she was talking to another man; he subsequently got mad and hit her in the face with his hand, which caused the woman's lip to bleed. It is alleged that when she began to cry, the offender hit her again in the face under one of her eyes because she was crying.

When her father arrived at the apartment building, the woman felt safe to exit her apartment. She got into her vehicle and attempted to drive away, but Mr. Reyes-Hernandez chased her and jumped on the vehicle as she tried to leave.

Probable cause was established for harassment (threats to kill)-domestic violence, simple assault-domestic violence, and malicious mischief, but the offender had left the scene prior to law enforcement arriving, so he was not arrested at that time.

On May 16, 2022, Chelan County Superior Court dismissed these charges without prejudice, prior to having a trial.

14  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On March 4, 2022, Gerardo Reyes-Hernandez allegedly violated mandatory condition number 1 by committing the crimes of first degree robbery-domestic violence, unlawful imprisonment-domestic violence, felony harassment - domestic violence, and first degree unlawful possession of a firearm.

According to WPD case #22C01864, on March 4, 2022, Mr. Reyes-Hernandez was accused of assaulting another former girlfriend. It is alleged that the offender grabbed the woman's cell phone out of her purse then began striking her, before demanding to see the contents of her cell phone. After the initial assault, the woman was reportedly not allowed to leave Mr. Reyes-Hernandez' side for 2 days.

On May 16, 2022, Chelan County Superior Court dismissed these charges without prejudice, prior to having a trial.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/02/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Reyes-Hernandez, Gerardo**
**June 2, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

06/02/2022
Date