PROB 12C
(6/16)

Report Date: March 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo Reyes-Hernandez                    Case Number: 0980 2:21CR00085-TOR-1

Address of Offender: ▮▮▮▮▮▮▮  Wenatchee, Washington 98801

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 11, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 57 months TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 14, 2022) | Prison - 12 months and 1 day TSR- 24 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: December 19, 2022 |
| Defense Attorney: | Peyton B Martinez | Date Supervision Expires: December 18, 2024 |

## PETITIONING THE COURT

To issue a warrant.

Mr. Reyes-Hernandez met with a United States Probation Officer on December 29, 2022, and reviewed the conditions of supervised release.  Mr. Reyes-Hernandez acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.  **Supporting Evidence**: Mr. Reyes-Hernandez is considered to be in violation of his supervised release conditions by consuming methamphetamine and marijuana on January 24, 2023. |

Prob12C
**Re: Reyes-Hernandez, Gerardo**
**March 1, 2023**
**Page 2**

On January 25, 2023, Mr. Reyes-Hernandez called this officer and reported he "messed up" by consuming methamphetamine and marijuana on January 24, 2023.  Additionally, Mr. Reyes-Hernandez provided a positive drug test for marijuana on January 27, 2023.

2          **Special  Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting  Evidence**: Mr. Reyes-Hernandez is considered to be in violation of his supervised release conditions by consuming methamphetamine on or before February 27, 2023.

On February 27, 2023, Mr. Reyes-Hernandez reported to The Center for Alcohol and Drug Treatment (The Center) in Wenatchee, Washington, and provided a random drug test.  The drug test tested positive for the presence of methamphetamine. Mr. Reyes-Hernandez admitted to staff at The Center that he consumed methamphetamine prior to submitting the drug test.  The drug test was sent to the laboratory for confirmation.

3          **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting  Evidence**: Mr. Reyes-Hernandez is considered to be in violation of his supervised release conditions by leaving his approved residence and failing to notify probation since on or about February 25, 2023.

On February 28, 2023, this officer spoke with Mr. Reyes-Hernandez' girlfriend.  She reported the offender left her address on February 25, 2023, and has not returned.  She was unaware of where the offender is currently staying and stated the offender does not have a cellular phone with him.  Mr. Reyes-Hernandez did not receive permission to relocate and has not provided probation with a new address.

4          **Special  Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting  Evidence**: Mr. Reyes-Hernandez is considered to be in violation of his supervised release conditions by consuming methamphetamine on February 28, 2023.

On February 28, 2023, Mr. Reyes-Hernandez called this officer and admitted to consuming methamphetamine in the morning, prior to speaking with this officer.   He reported his use

Prob12C
**Re: Reyes-Hernandez, Gerardo**
**March 1, 2023**
**Page 3**

of methamphetamine has been heavy. Mr. Reyes-Hernandez was unable to provide this officer with a location he would be staying at.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Mr. Reyes-Hernandez to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 1, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Thomas O. Rice
United States District Judge
March 1, 2023

Date