PROB 12C
(6/16)

Report Date: March 20, 2023

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo Reyes-Hernandez          Case Number: 0980 2:21CR00085-TOR-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 11, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 57 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 14, 2022) | Prison - 12 months and 1 day<br>TSR- 24 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: December 19, 2022 |
| Defense Attorney: | Carter P. Beggs | Date Supervision Expires: December 18, 2024 |

## PETITIONING THE COURT

To incorporate the alleged violations with the violations previously reported to the Court on March 1, 2023.

Mr. Reyes-Hernandez met with a United States Probation Officer on December 29, 2022, and reviewed the conditions of supervised release.  Mr. Reyes-Hernandez acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Reyes-Hernandez is considered to be in violation of his supervised release conditions by possessing marijuana on March 10, 2023.<br><br>On March 10, 2023,  Mr. Reyes-Hernandez self-surrendered to the United States Marshals Service in Spokane, Washington, and was transported to the Spokane County Jail. On March 13, 2023, this officer received an e-mail from Spokane County Jail staff stating Mr. Reyes-Hernandez was being charged with introducing drugs into the Spokane County Jail.  During |

Prob12C

**Re: Reyes-Hernandez, Gerardo**
**March 20, 2023**
**Page 2**

a strip search, Mr. Reyes-Hernandez handed officers a clear plastic bag containing a green leafy substance.

This officer requested an incident report from the Spokane County Jail on March 13, 2023, and has not received the incident report at the time this report was written.

6  **<u>Mandatory Condition # 1</u>**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Reyes-Hernandez is considered to be in violation by introducing a controlled substance into a correctional facility, in violation of the Revised Code of Washington (RCW) 9.94.041.

On March 10, 2023, Mr. Reyes-Hernandez self-surrendered to the United States Marshals Service in Spokane, Washington, and was transported to the Spokane County Jail. On March 13, 2023, this officer received an e-mail from Spokane County Jail staff stating Mr. Reyes-Hernandez was being charged with introducing drugs into the Spokane County Jail. During a strip search, Mr. Reyes-Hernandez handed officers a clear plastic baggie containing a green leafy substance and a new felony charge was placed as a detainer.

This officer requested an incident report from the Spokane County Jail on March 13, 2023, and has not received the incident report at the time this report was written.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with the violations previously reported to the Court on March 1, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 20, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Reyes-Hernandez, Gerardo**
**March 20, 2023**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other : *The Revocation of Supervised Release Hearing scheduled for 4/6/2023 remains set.*

Thomas O. Rice
United States District Judge

March 20, 2023
Date