PROB 12C
(6/16)

Report Date: May 19, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo Reyes-Hernandez    Case Number: 0980 2:21CR00085-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Wenatchee, Washington 98801

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 11, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 57 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 14, 2022) | Prison - 12 months and 1 day<br>TSR - 24 months | |
| Revocation Sentence:<br>(April 20, 2023) | Prison - 2 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: May 9, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: March 8, 2025 |

## PETITIONING THE COURT

To issue a warrant.

Mr. Reyes-Hernandez met with a United States Probation Officer on May 15, 2023, and reviewed the conditions of supervised release.  Mr. Reyes-Hernandez acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Reyes-Hernandez is considered to be in violation of his supervised release conditions by consuming methamphetamine on May 12, 2023. |

Prob12C
Re: Reyes-Hernandez, Gerardo
May 19, 2023
Page 2

On May 15, 2023, this officer contacted Mr. Reyes-Hernandez at his residence. During the contact, Mr. Reyes-Hernandez admitted to consuming methamphetamine on May 12, 2023. Prior to this officer contacting Mr. Reyes-Hernandez, he provided a random drug test at The Center for Alcohol and Drug treatment. The drug test was sent to the laboratory for testing and results have not yet been received.

2          **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Reyes-Hernandez is considered to be in violation of his supervised release conditions by failing to call this officer on May 18, 2023, as directed.

On May 15, 2023, Mr. Reyes-Hernandez requested he call this officer every day for accountability and support. On May 17, 2023, this officer spoke Mr. Reyes-Hernandez on the telephone and directed him to call this officer on May 18, 2023, to provide a status update.

Mr. Reyes-Hernandez failed to call this officer on May 18, 2023, as directed. This officer unsuccessfully attempted to contact Mr. Reyes-Hernandez on May 19, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Mr. Reyes-Hernandez to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 19, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge
May 23, 2023
Date