PROB 12C
(6/16)

Report Date: June 22, 2023

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo Reyes-Hernandez                    Case Number: 0980 2:21CR00085-TOR-1

Address of Offender: ███████████████████, Wenatchee, Washington 98801

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 11, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 57 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 14, 2022) | Prison - 12 months and 1 day<br>TSR - 24 months | |
| Revocation Sentence:<br>(April 20, 2023) | Prison - 2 months<br>TSR - 22 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: May 9, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: March 8, 2025 |

### PETITIONING THE COURT

To incorporate the alleged violations with the violations previously reported to the Court on May 19, 2023.

Mr. Reyes-Hernandez met with a United States Probation Officer on May 15, 2023, and reviewed the conditions of supervised release.  Mr. Reyes-Hernandez acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Reyes-Hernandez is considered to be in violation of his supervised release conditions by assaulting his girlfriend, in violation of Wentachee City Code (WCC), 6A.04.010, on June 16, 2023. |

Prob12C
Re: Reyes-Hernandez, Gerardo
June 22, 2023
Page 2

**WCC - 6A.04.010 Assault**
It is unlawful for any person to intentionally touch or strike another, regardless of whether any actual physical harm is done to the other, without the express or implied permission of said other person. Every person convicted of a violation of this section shall be guilty of assault, a gross misdemeanor.

A summary of the Wentachee Police Department (WPD) incident report 23W10172, reflects that on June 16, 2023, WPD responded to 1445 South Mission Street #317, in Wentachee, Washington, after receiving information that Mr. Reyes-Hernandez' girlfriend (J.P.) was the victim of an assault.

WPD contacted J.P. in apartment #314, as she left her apartment after the assault. As WPD was speaking with J.P., Mr. Reyes-Hernandez exited apartment #317. WPD informed Mr. Reyes-Hernandez he was under arrest. Initially, Mr. Reyes-Hernandez raised his hands near his head and appeared as though he was going to comply with WPD; however, Mr. Reyes-Hernandez turned away from WPD and ran. WPD chased the offender from the third floor hallway, down the stairwell, and out the exit door. Mr. Reyes-Hernandez ran around the north side of the building and WPD lost sight of him.

Multiple WPD officers checked the area and eventually found Mr. Reyes-Hernandez hiding behind a storage shed in the parking lot of a business. The offender was taken into custody without further incident and transported to Chelan County Jail.

WPD returned to speak with J.P. about the assault. J.P. identified Mr. Reyes-Hernandez as her boyfriend and went on to explain that Mr. Reyes-Hernandez was upset with her because she changed her plans for the day. J.P. stated the offender is possessive and she knew he was starting to escalate. J.P. started to walk away from Mr. Reyes-Hernandez and the offender got off the bed and slapped her with an open hand across the left side of her face and neck. The slap caused the victim pain in her lip and face, and left red marks on the left side of her jaw. WPD observed red marks on the victim even though she was wearing make up.

4       **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Reyes-Hernandez is considered to be in violation of his supervised release conditions by obstructing a public officer, in violation of WCC 6A.08.010, on June 16, 2023.

**WCC - 6A.08.010 Obstructing a public officer**
(1) A person is guilty of obstructing a public officer if the person willfully hinders, delays, or obstructs any public or peace officer in the discharge of his or her official powers or duties.
(2) Obstructing a public officer is a gross misdemeanor.

See violation #3 for supporting evidence.

Prob12C
Re: Reyes-Hernandez, Gerardo
June 22, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with the violations previously reported to the Court on May 19, 2023. Mr. Reyes-Hernandez is currently incarcerated at Chelan County Jail and will not appear in U.S. District Court until his local charges are resolved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 22, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

June 23, 2023
Date