PROB 12C
(6/16)

Report Date: October 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo Reyes-Hernandez            Case Number: 0980 2:21CR00085-TOR-1

Address of Offender: ███████████████, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 11, 2017

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 57 months        Type of Supervision: Supervised Release<br>TSR - 36 months |
| Revocation Sentence:<br>(June 14, 2022) | Prison - 12 months, 1 day<br>TSR - 24 months |
| Revocation Sentence:<br>(April 20, 2023) | Prison - 2 months<br>TSR - 22 months |
| Revocation Sentence:<br>(September 27, 2023) | Prison - 10 months<br>TSR - 12 months |
| Asst. U.S. Attorney: | Earl A. Hicks            Date Supervision Commenced: April 17, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs    Date Supervision Expires: April 16, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On April 19, 2024, a probation officer reviewed the conditions of supervision with Mr. Reyes-Hernandez. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must undergo substance abuse evaluations and, if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Reyes-Hernandez, Gerardo
October 23, 2024
Page 2

**Supporting Evidence**: It is alleged that Mr. Reyes-Hernandez violated the above condition on or about October 21, 2024, by failing to attend a scheduled treatment session.

On October 21, 2024, this officer was contacted via secure email by Mr. Reyes-Hernandez' treatment provider at Pioneer Human Services (PHS) who advised that Mr. Reyes-Hernandez had missed a scheduled one-on-one treatment session. The provider further reported that Mr. Reyes-Hernandez' phone number appears to be disconnected when contact is attempted. This officer confirmed the phone number is the most recent number on file for him.

2   **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Reyes-Hernandez violated the above condition on or about October 21, 2024, by failing to report for phase urinalysis testing.

Mr. Reyes-Hernandez is enrolled in phase urinalysis testing requiring him to report for testing when his assigned color, gold, is announced on the hotline.

On October 21, 2024, the color gold was announced on the hotline. Per prior directive, Mr. Reyes-Hernandez is required to have reported to the vender (PHS) site for urinalysis testing.

On October 22, 2024, this officer received a copy of the "USPO Daily Attendance/Results Roster" indicating that Mr. Reyes-Hernandez did not report as directed for testing. Later that date, Mr. Reyes-Hernandez called this officer and reported he is actively using.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 23, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

Prob12C
Re: Reyes-Hernandez, Gerardo
October 23, 2024
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Thomas O. Rice*

Thomas O. Rice
United States District Judge
October 23, 2024

Date