PROB 12C
(6/16)

Report Date: October 25, 2024

# United States District Court

#### for the

#### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Gerardo Reyes-Hernandez | Case Number: | 0980 2:21CR00085-TOR-1 |
| Address of Offender: | ███████████████ , Washington 99202 | | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 11, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 57 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(June 14, 2022) | Prison - 12 months, 1 day<br>TSR - 24 months | | |
| Revocation Sentence:<br>(April 20, 2023) | Prison - 2 months<br>TSR - 22 months | | |
| Revocation Sentence:<br>(September 27, 2023) | Prison - 10 months<br>TSR - 12 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | April 17, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | April 16, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/23/2024.

On April 19, 2024, a probation officer reviewed the conditions of supervision with Mr. Reyes-Hernandez. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

Prob12C
Re: Reyes-Hernandez, Gerardo
October 25, 2024
Page 2

**Supporting Evidence**: It is alleged that Mr. Reyes-Hernandez violated the above stated condition on or about October 22, 2024, by consuming methamphetamine and fentanyl, as evidenced by a signed admission of use form.

On October 23, 2024, Mr. Reyes-Hernandez signed an admission of drug use form, admitting to the use of methamphetamine and fentanyl on or about October 22, 2024. This admission was witnessed by a U.S. Probation Officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 25, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

October 25, 2024
Date